UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Crim. Case No. 98CR2773-BTM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE INFORMATION |
| LUIS RIVAS, | ) | |
| Defendant. | ) | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information in the above-captioned case against LUIS RIVAS be dismissed without prejudice.

Dated: July 21, 2015

_____
Barry Ted Moskowitz, Chief Judge
United States District Court